IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. 3:24-cr-127 |
| RAYMOND LEE GRAHAM,<br>a/k/a RAYMOND LEE GRAHAM, JR. | Violation: 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about June 5, 2024, in the District of North Dakota,

RAYMOND LEE GRAHAM,
a/k/a RAYMOND LEE GRAHAM, JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Attempted Robbery, in violation of N.C. Gen. Stat. § 14-87.1, in District Court, County of Forsyth, State of North Carolina, file no.: 10cr59307, with the judgment dated on or about October 1, 2010; and

2. Robbery with a Dangerous Weapon, in violation of N.C. Gen. Stat. § 14-87, and Possession of a Firearm by a Felon, in violation of N.C. Gen. Stat. § 14-415.1 Superior Court, County of Guilford, State of North Carolina, file no.: 11CRS087673, with the judgment dated on or about February 1, 2012;

did knowingly possess a firearm, that is: a Taurus, Model G2c, 9mm pistol, with Serial Number: ABD484914, said firearm having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/th